

**Barry F. Irwin, P.C.**

*To Contact Writer Directly:*
312-667-6081
birwin@irwinip.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

November 14, 2019

**VIA ECF**

Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219
New York, NY 10007

      *Re:    17-cv-6936 (RA)(SN) — Opternative, Inc. v. JAND, Inc. d/b/a Warby Parker — Request to Adjourn Evidentiary Hearing*

Dear Judge Netburn:

    Visibly and Irwin IP are in discussions concerning the subject matter of the evidentiary hearing currently scheduled for November 25 in the above-referenced matter. Thus, Visibly and Irwin IP respectfully request that the hearing be adjourned pending these discussions. If Visibly and Irwin IP cannot resolve the issue, one or both of Visibly or Irwin IP may contact the Court to request that the hearing be rescheduled for a later date.

           Respectfully,

           /s/ Barry F. Irwin, P.C.

           Barry F. Irwin, P.C.
           **Irwin IP LLC**

---

The evidentiary hearing scheduled for November 25, 2019, ECF No. 144, is adjourned without a date. No later than December 16, 2019, the parties are instructed to submit a joint status letter regarding the status of their resolution of the charging lien dispute.
**SO ORDERED.**

           _____
           SARAH NETBURN
           United States Magistrate Judge

November 14, 2019
New York, New York