UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
OPTERNATIVE, INC.,

                          **Plaintiff,**

               -against-

JAND, INC.,

                         **Defendant.**
-----------------------------------------------------------------X

17-CV-6936 (JFK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2019

**SARAH NETBURN, United States Magistrate Judge:**

      The parties informed the Court that they have reached a settlement in. Accordingly, all discovery deadlines, including the deadline to exchange expert reports, are STAYED until December 23, 2019. No later than December 20, 2019, the parties shall submit a joint status letter updating the Court on the status of settlement discussions. On December 16, 2019, Plaintiff and Plaintiff's former counsel are instructed to submit a status letter regarding the status of the charging lien dispute, as directed by the Court's November 14, 2019 order, ECF No. 159. The discovery conference scheduled for November 25, 2019, ECF No. 146, is adjourned without a date.

**SO ORDERED.**

                                               _____
                                               SARAH NETBURN
                                               United States Magistrate Judge

DATED:    New York, New York
                November 22, 2019