UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTERNATIVE, INC.,<br><br>                      Plaintiff,<br><br>- against -<br><br>JAND, INC., d/b/a/ WARBY PARKER,<br><br>                      Defendant. | Case No. 17 Civ. 6936 (RA) (SN) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action, including any and all asserted claims, is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 14, 2020

| | |
|---|---|
| **SPENCE PC**<br>s/ William C. Spence<br><br>By: William Cory Spence<br><br>Jason M. Wejnert<br>Michael K. McDonough<br>Anthony J. Wenn<br>515 N. State Street<br>Chicago, Illinois 60654<br>(312) 404-8882<br>william.spence@spencepc.com<br><br>*Attorneys for Plaintiff Visibly, Inc.* | **COVINGTON & BURLING LLP**<br>s/ Peter A. Swanson<br><br>By: Peter A. Swanson<br><br>Philip A. Irwin<br>Sarah Mac Dougall<br>The New York Times Building<br>620 8th Ave<br>New York, NY 10018<br>212-841-1000<br>pirwin@cov.com<br>smacdougall@cov.com<br><br>Richard L. Rainey<br>Peter A. Swanson<br>One CityCenter |

850 Tenth Street, NW
Washington, D.C. 20001-4956
rrainey@cov.com
pswanson@cov.com

Ali Mojibi Yazdi
1999 Avenue of the Stars
Los Angeles, CA 90067–4643
(424) 332-4800
amojibi@cov.com

*Attorneys for Defendant JAND, Inc., d/b/a Warby Parker*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2020, a copy of the foregoing **Stipulation of Dismissal with Prejudice** has been filed with the Court's ECF filing system with electronic copies served by e-mail upon:

Richard L. Rainey
Peter A. Swanson
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
rrainey@cov.com
pswanson@cov.com

Phillip A. Irwin
Sarah Mac Dougall
The New York Times Building
620 Eighth Avenue
New York, New York 10019-1405
pirwin@cov.com
smacdougall@cov.com

Ali Mojibi Yazdi
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4800
amojibi@cov.com

*Attorneys for Defendant JAND, Inc.
d/b/a Warby Parker*

William Cory Spence
Michael K. McDonough
515 N. State St.
Suite 1801
Chicago, Illinois 60654
william.spence@spencepc.com
michael.mcdonough@spencepc.com

*Attorneys for Plaintiff Visibly, Inc.*

/s/ Michael K. McDonough