UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/20
```

OPTERNATIVE, INC.,

           Plaintiff,

- against -

JAND, INC., d/b/a/ WARBY PARKER,

           Defendant.

Case No. 17 Civ. 6936 (RA) (SN)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above-captioned action, including any and all asserted claims, is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: January 14, 2020

| | |
|---|---|
| **SPENCE PC** | **COVINGTON & BURLING LLP** |
| s/ *[signature]* | s/ *[signature] Peter Swanson* |
| By: William Cory Spence | By: Peter A. Swanson |
| Jason M. Wejnert | Philip A. Irwin |
| Michael K. McDonough | Sarah Mac Dougall |
| Anthony J. Wenn | The New York Times Building |
| 515 N. State Street | 620 8th Ave |
| Chicago, Illinois 60654 | New York, NY 10018 |
| (312) 404-8882 | 212-841-1000 |
| william.spence@spencepc.com | pirwin@cov.com |
| | smacdougall@cov.com |
| *Attorneys for Plaintiff Visibly, Inc.* | |
| | Richard L. Rainey |
| | Peter A. Swanson |

850 Tenth Street, NW
Washington, D.C. 20001-4956
rrainey@cov.com
pswanson@cov.com

Ali Mojibi Yazdi
1999 Avenue of the Stars
Los Angeles, CA 90067–4643
(424) 332-4800
amojibi@cov.com

*Attorneys for Defendant JAND, Inc., d/b/a Warby Parker*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
1-15-20